UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EILEEN KEAN AND KATHLEEN KEAN | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF JOHN MCDONALD AND RICKY KOIS | § | |
| PLAINTIFFS | § | |
| | § | CIVIL ACTION NO. B-03-099 |
| VS. | § | JURY |
| | § | |
| COOPER TIRE AND RUBBER CO. | § | |
| DEFENDANTS | § | |

### NOTICE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

Pursuant to the Order Setting Conference issued by this Court, the following is a list of all known entities who may have a financial interest in this case:

1. Kathleen Kean
   216 W. Highland Ave
   Boerne, Texas 78006

2. Eileen Kean
   55 Basilica Dr.
   Hanover, PA 17331

3. Cooper Tire and Rubber Co.
   711 Lima Ave.
   Findlay, Ohio 45840

Respectfully submitted,

**WATKINS, CICHOWSKI & GONZALEZ, P.C.**
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210/225-6666
Facsimile: 210/225-2300

By: _____
STEVE CICHOWSKI, P.E.
FBN: 20750

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that upon issuance of this summons by the Clerk of the Court that a true and correct copy of the summons, complaint, and notice shall be sent by Certified Mail, Return Receipt Requested to the Defendant by serving its Registered Agent for Service of Process as follows:

Cooper Tire and Rubber Co.
CT Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

_____
STEVE CICHOWSKI