AO 440 (Rev. 10/93) Summons in a Civil Action
(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 29, 2003 |
| NAME OF SERVER *(PRINT)* <br> Certified Mail, RRR | TITLE <br> N/A |

United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES <br> U.S. Postal Service | TOTAL <br> $4.65 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/3/03
             Date                Signature of Server

Watkins, Cichowski & Gonzalez, P.C.
700 N. St. Mary's, Ste. 1750, San Antonio, Texas   78205
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cooper Tire and Rubber Co.
   c/o CT Corporation System
   350 N. St. Paul St.
   Dallas, Texas 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*  B. Date of Delivery
   SEP 2 9 2003

C. Signature  RECEIVED
X             CT CORPORATION
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article I   7002 3150 0005 2640 1109

(1) As to who may serve

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952