UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EILEEN KEAN AND KATHLEEN KEAN | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF JOHN MCDONALD AND RICKY KOIS | § | |
| PLAINTIFFS | § | |
| | § | CIVIL ACTION NO. B-03-099 |
| VS. | § | JURY |
| | § | |
| COOPER TIRE AND RUBBER CO. | § | |
| DEFENDANTS | § | |

**MOTION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT PLAN**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

On or about May 29, 2003 Plaintiffs' filed with this Court their First Original Complaint. At that time Plaintiffs' counsel was already in contact with representatives of Cooper Tire & Rubber Co. and entering discussions for the purposes of exploring an early resolution to this case. Because of those discussions, service was not had on Defendant Cooper Tire & Rubber Co. until September 29, 2003. As of this date, the Defendant has not entered an Answer in this lawsuit. Both Plaintiffs and Defendant have expressed a willingness to continue to try and reach an early resolution in this case. A settlement conference/mediation is currently scheduled for October 13, 2003.

Because of the likelihood of the parties reaching an agreement in this case, in order to conserve judicial resources, and because no opposing counsel has yet to enter an appearance in this case, Plaintiffs respectfully request that this Court extend the deadline for filing a Joint Case Management Plan in the above referenced case pending the outcome of the currently scheduled settlement conference.

Respectfully submitted,

**WATKINS, CICHOWSKI & GONZALEZ, P.C.**
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210/225-6666
Facsimile: 210/225-2300

By: _____
STEVE CICHOWSKI, P.E.
FBN: 20750

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EILEEN KEAN AND KATHLEEN KEAN INDIVIDUALLY AND AS NEXT FRIEND OF JOHN MCDONALD AND RICKY KOIS  PLAINTIFFS | § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-099 JURY |
| COOPER TIRE AND RUBBER CO.  DEFENDANTS | § § | |

## ORDER

On this _____ day of _____, 2003 came to be heard Plaintiffs' Motion to Extend Time to File Joint Case Management Plan.

Upon review of the Plaintiffs' Motion and the reasons stated therein, this Court finds that the Motion is meritorious and should be GRANTED. It is therefore, ORDERED, ADJUDGED, AND DECREED that the deadline for filing a Joint Case Management Plan has been extended from its original due date and shall now be due on the _____ day of _____, 2003.

SIGNED this _____ day of October 2003.


_____
**JUDGE PRESIDING**