IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 20 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EILEEN KEAN AND KATHLEEN KEAN § <br> INDIVIDUALLY AND AS NEXT FRIENDS § <br> OF JOHN MCDONALD AND RICKY KOIS, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> COOPER TIRE & RUBBER CO., § <br> § <br> Defendants. § | C.A. B-03-099 |

### DEFENDANT COOPER TIRE & RUBBER COMPANY'S
### CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

Pursuant to the Order for Conference and Disclosure of Interested Parties, COOPER TIRE & RUBBER COMPANY (hereinafter referred to as "COOPER") says that those persons and/or entities of which it is presently aware that have or may have a financial interest in the outcome of this litigation would be as follows:

(a) The Plaintiffs and Plaintiffs' Counsel:

Eileen Kean

Kathleen Kean

John McDonald, Minor

Ricky Kois, Minor

(b) Defendants and Other Parties:

Cooper Tire & Rubber Company

AXA Financial, Inc. holds 10% or more of Cooper Tire & Rubber Company's stock, and it is a publicly traded company.

Respectfully Submitted,

JOHNSON, SPALDING, DOYLE,
WEST & TRENT, L.L.P.

By: _/s/ T. Christopher Trent_ *
T. Christopher Trent
State Bar No.: 20209400
Fed. I.D. No. 14244
910 Travis, Suite 1700
Houston, Texas 77002
(713) 222-2323 Telephone
(713) 222-2226 Facsimile

* w/ permission
S. Bankhead

ATTORNEY-IN-CHARGE
FOR DEFENDANT,
COOPER TIRE & RUBBER COMPANY

OF COUNSEL:

JOHNSON, SPALDING, DOYLE,
WEST & TRENT, L.L.P.
Sherry Bankhead
State Bar No. 24006791
Fed. I. D. No. 23177
910 Travis, Suite 1700
Houston, Texas 77002
(713) 222-2323 Telephone
(713) 222-2226 Facsimile

Garcia & Villarreal, LLP
Jose E. Garcia
State Bar No. 07636780
Francisco R. Villarreal
State Bar No. 00789706
4311 N. McColl Rd.
McAllen, Texas 78504
(214) 522-0200 Telephone
(214) 521-5485 Facsimile

ATTORNEYS FOR DEFENDANT,
COOPER TIRE & RUBBER COMPANY

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this ___17th___ day of October 2003.

Steve Cichowski                                         *Via Facsimile: (210) 225-2300*
Watkins, Cichowski & Gonzalez
700 N. St. Mary's Street
San Antonio, TX 78205

Jose E. Garcia                                               *Via Facsimile: (956) 630-3631*
Francisco R. Villarreal
Garcia & Villarreal
4311 North McColl
McAllen, TX 78504

                                                           _____
                                                           Sherry Bankhead