# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 10 - 20 - 03 |
| TIME | 11:40 a.m. — 11:50 a.m. |
| CIVIL ACTION | B - 03 - 099 |
| STYLE | KEAN ET AL. *versus* COOPER TIRE & RUBBER CO. |

United States District Court
Southern District of Texas
FILED

OCT 20 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ☑ Initial Pretrial Conference;   (Rptr. Heather Hall )

Steve Cichowski       for   ■ Ptf. #_____  ☐ Deft. #_____
Christopher Trent     for   ☐ Ptf. #_____  ■ Deft. #_____
Sherry Bankhead       for   ☐ Ptf. #_____  ■ Deft. #_____

1. The parties represented that they have been and continue to negotiate a settlement of this case.
2. Plaintiffs' counsel represented to the Court that his clients suffered various injuries including two non-displaced fractures of the neck, internal injuries, and emotional and mental suffering.
3. The Court **GRANTED** the Motion To Extend Time To File Joint Case Management Plan [Dkt. No. 5]. The Joint Discovery Case Management Plan and proposed scheduling order are due on or by October 30, 2003.
4. The parties will notify the Court if and when they settle this matter.