UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EILEEN KEAN AND KATHLEEN KEAN INDIVIDUALLY AND AS NEXT FRIEND OF JOHN MCDONALD AND RICKY KOIS  PLAINTIFFS § § § § § VS. § § COOPER TIRE AND RUBBER CO.  DEFENDANTS § § § | CIVIL ACTION NO. B-03-099 JURY |

### STIPULATION OF DISMISSAL

Plaintiffs and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a) (1) (ii) and would show the following:

1. Plaintiffs are EILEEN KEAN AND KATHLEEN KEAN INDIVIDUALLY AND AS NEXT FRIEND OF JOHN MCDONALD AND RICKY KOIS; Defendant is COOPER TIRE AND RUBBER CO.

2. Plaintiffs move to dismiss this suit.

3. The Defendant, who has answered, agree to the dismissal.

4. This case is not a class action nor has a receivor been appointed in this action for any reason.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit and;

7. This dismissal is with prejudice.

WHEREFORE PREMISES CONSIDERED the parties to this case hereby requests that this Court grant the parties' Joint Stipulation to Dismiss and enter an Order accordingly.

Respectfully submitted,
WATKINS, CICHOWSKI & GONZALEZ, P.C.
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210/225-6666
Facsimile: 210/225-2300

By: _____
STEVE CICHOWSKI, P.E.
SBN: 00793507

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded this 16th day of December, 2003, to all counsel of record as follows:

Christopher Trent
Johnson, Spalding, Doyle, West & Trent, LLP
910 Travis, Suite 1700
Houston, Texas 77002

Sherry Bankhead
Johnson, Spalding, Doyle, West & Trent, LLP
910 Travis, Suite 1700
Houston, Texas 77002

Steve Cichowski, P.E.