UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EILEEN KEAN AND KATHLEEN KEAN § | |
| INDIVIDUALLY AND AS NEXT FRIEND § | |
| OF JOHN MCDONALD AND RICKY KOIS § | |
| PLAINTIFFS § | |
| § | CIVIL ACTION NO. B-03-099 |
| VS. § | JURY |
| § | |
| COOPER TIRE AND RUBBER CO. § | |
| DEFENDANTS § | |

### ORDER ON PARTIES' STIPULATION OF DISMISSAL

After considering the parties' Stipulation of Dismissal in the above styled and numbered cause, the Court grants that stipulation and dismisses the case with prejudice.

SIGNED on this  3rd  day of  March , 2004.

_____
U.S. DISTRICT JUDGE

**Approved & Entry Requested:**

_signature_

Christopher Trent
State Bar No. 20209400
Federal ID No. 13244
Sherry Bankhead
State Bar No. 24006791
Federal ID No. 23177
Johnson, Spalding, Doyle, West & Trent, LLP
910 Travis, Suite 1700
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT
COOPER TIRE & RUBBER CO.**

_signature_

Steve Cichowski
SBN: 00793507
Federal ID No.: 20750
WATKINS, CICHOWSKI & GONZALEZ, P.C.
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, Texas 78205

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded this 10th day of December 2003, to all counsel of record as follows:

Christopher Trent
Johnson, Spalding, Doyle, West & Trent, LLP
910 Travis, Suite 1700
Houston, Texas 77002

Sherry Bankhead
Johnson, Spalding, Doyle, West & Trent, LLP
910 Travis, Suite 1700
Houston, Texas 77002

Steve Cichowski, P.E.